## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| ALEXIS H DIAZ DIAZ | *   CASE NO: **10-08803 MCF** |
| AMNERIS MARTINEZ ALVAREZ | * |
| | *   CHAPTER 13 |
| DEBTOR (S) | * |

*******************************************

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES NOW DEBTORS**, through the undersigned counsel and respectfully to the Honorable Court state and pray as follow:

    1. The Chapter 13 plan dated November 15, 2010 is amended _to provide for payment of debtors' current disposable income, according to debtors' current financial situation, as disclosed in amended schedule J filed on today's date_ (**d. e. 17**).

    2. The 341 (a) Meeting of Creditors (341 herein) was rescheduled to be held on November 22, 2010. The confirmation hearing is scheduled for December 2, 2010 at 1:30 PM (**d. e. 15**).

    **WHEREFORE**, debtors hereby request from the Honorable Court to take notice of the filing of the proposed Amended Chapter 13 Plan and that the same has been served upon all creditors and parties in interest in this case as per the attached master address list.

    **NOTICE IS HEREBY GIVEN THAT DEBTORS HAVE FILED A PROPOSED CHAPTER 13 PLAN DATED NOVEMBER 15, 2010, WHICH MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING UNLESS A WRITTEN OBJECTION IS FILED NOT LATER THAN 10 DAYS PRIOR TO THE CONFIRMATION HEARING TO BE HELD ON DECEMBER 2, 2010 AT 1:30 PM(LBR 3015-2 (e).**

Respectfully submitted in San Juan, Puerto Rico, this November 15, 2010

**CERTIFICATE OF SERVICE**: I hereby certify that on November 15, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document along with the amended plan to the non CM/ECF participants as per the _**amended**_ attached master address list.

                                                                         /s/ MADELINE SOTO PACHECO
                                                          MADELINE SOTO PACHECO, ESQ.
                                                         _ATTORNEY FOR DEBTOR (S):_
                                                          _Alexis H. Díaz Díaz and Amneris Martínez Álvarez_
                                                          USDC 207910
                                                          LUBE & SOTO LAW OFFICES
                                                          1130 AVE. F. D. ROOSEVELT
                                                          SAN JUAN, PR  00920-2906
                                                          TEL.: (787) 722-0909  - FAX: (787) 977-1709
                                                          E-mail:  lubeysoto@yahoo.com

**United States Bankruptcy Court**
**District of Puerto Rico, ~ Division**

IN RE:                                                                                           Case No. **10-08803-13**

**DIAZ DIAZ, ALEXIS H & MARTINEZ ALVAREZ, AMNERIS**             Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____          ☑ AMENDED PLAN DATED: **11/15/2010**
☐ PRE ☐ POST-CONFIRMATION          Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **2** = $ **600.00**
$ **200.00** x **10** = $ **2,000.00**
$ **305.00** x **48** = $ **14,640.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **17,240.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **17,240.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,650.00**

Signed: **/s/ ALEXIS H DIAZ DIAZ**
        Debtor

**/s/ AMNERIS MARTINEZ ALVAREZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK PUERT** Cr. _____ Cr. _____
# **CL 3/ 4100-7386-700(** # _____ # _____
$ **11,475.31** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**          Phone: **(787) 722-0909**

**AMENDED CHAPTER 13 PAYMENT PLAN**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**NO NLV**
**NO PRIORITIES**

**ORDER OF DISTRIBUTION TO BE MADE BY TRUSTEE:**

**FIRST: ATTORNEY FEES PURSUANT TO 11 USC 330**

**SECOND: PRO RATA PAYMENTS TO THE FOLLOWING SECURED CLAIMS' HOLDERS:**

-FIRSTBANK- AUTO LOAN 2006 SUZUKI GRAND VITARA THROUGH THE PLAN IN THE AMOUNT OF $11,475.31(CL-3). INSURANCE TO CREDITOR TO BE PROVIDED BY EASTERN AMERICA INSURANCE CO THROUGH THE PLAN UPON MATURITY OF CONTRACT (6/2012) IN THE AMOUNT OF $1,353.00 (REFER TO ATTACHMENT I). ADEQUATE PROTECTION TO FIRSTBANK IN THE AMOUNT OF $180.00 PER MONTH UP TO THE CONFIRMATION OF THE PLAN.

**THIRD: PRO RATA DISTRIBUTION TO ALLOWED GENERAL UNSECURED CLAIMS**

-AUTO LOAN TO BBVA OVER 2005 SUZUKI FIRENZA REGISTERED ON DEBTOR'S SPOUSE NAME, BUT BELONG TO PEDRO L MARTINEZ RUIZ, BO RIO CHIQUITO CARR 588 KM 3, PONCE, PR 00731. DEBTOR HAS NO INTEREST ON MOTOR VEHICLE. DEBTORS CONSENT TO THE LIFT STAY ON BEHALF OF CREDITOR.

-DEBTOR TO CONTINUE TIMELY PAYMENTS ON CHILD SUPPORT THROUGH ASUME ON BEHALF OF MINOR CHILD OF LUPITA CAQUIAS NEGRON. DEBTOR IS UP TO DATE IN CHILD SUPPORT PAYMENTS.

-TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. DEBTOR WILL AMEND THE PLAN TO PROVIDE FOR THE PAYMENT OF SUCH REFUNDS AS LUMP SUMS FOR EACH YEAR AS APPLICABLE. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR (S) WILL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF THESE FUNDS.

- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

tblCotizacion.FileDate



**EASTERN AMERICA INSURANCE COMPANY**

P.O.Box 71517 San Juan, PR 00936-8617
Tel: (787) 774-9211

**Quote ID:** 18835

# PREMIUM CALCULATION

| | |
|---|---|
| **Date requested:** | 9/30/2010  10:16:00AM |
| **By:** | Fax |
| **Debtor:** | ALEXIS H DIAZ DIAZ |
| **Join debtor:** | AMNERIS MARTINEZ ALVAREZ |
| **Case #:** | 1008803 |
| **Esq.:** | MADELINE SOTO PACHECO |

| | | | |
|---|---|---|---|
| **Manufacturer:** | SUZUKI | **Manufacturer:** | GRAND VITARA |
| **Year:** | 2006 | **VIN #:** | JS3TE943264106363 |
| **Lienholder:** | FIRST BANK | **Loan:** | 100738670005103 |
| **Balance:** | $11,475.00 | **File Date:** | 09/23/2010 |
| | | **Maturity Date:** | 06/01/2012 |

$41.00  **(MONTHLY PREMIUM**      33  **MONTHS).**

**TOTAL ESTIMATED COVERAGE IS:**      $1,353.00

| | | |
|---|---|---|
| DIAZ DIAZ, ALEXIS H<br>URB PRADERAS DEL SUR<br>72 CALLE CEDRO<br>SANTA ISABEL, PR  00757 | COMMOLOCO<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 | PEDRO L. MARTINEZ RUIZ<br>HC 9 BOX 1755<br>PONCE, PR  00731-9746 |
| MARTINEZ ALVAREZ, AMNERIS<br>URB PRADERAS DEL SUR<br>72 CALLE CEDRO<br>SANTA ISABEL, PR  00757 | DEL VALLE RODRIGUEZ LAW OFFICES, PSC<br>PO BOX 10590<br>SAN JUAN, PR  00922-0590 | T-MOBILE<br>PO BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 |
| Lube & Soto Law Offices, P.S.C.<br>1130 AVE FD ROOSEVELT<br>San Juan, PR  00920-2906 | ERICK MATOS TORRES<br>PO BOX 22118<br>JUANA DIAZ, PR  00795 | UNIVERSIDAD CATOLICA<br>2250 AVE LAS AMERICAS<br>PONCE, PR  00717-0655 |
| AES BRAZOS US BANK<br>PO BOX 8183<br>HARRISBURG, PA  17105 | FIRST BANK PUERTO RICO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | UNIVERSIDAD DEL TURABO<br>APARTADO DEL CORREO 3030<br>UNIVERSITY STATION<br>GURABO, PR  00778 |
| AES/PHEAA<br>PO BOX 8183<br>HARRISBURG, PA  17105 | GE MONEY BANK  JC PENNEY<br>RECOVERY MANAGMENT SYSTEMS CORP.<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | UNV FIDLTY<br>1445 LANGHAM CREEK DR<br>HOUSTON, TX  77084-5012 |
| ALLIED INTERSTATE, INC.<br>PO BOX 361774<br>COLOMBUS, OH  43236 | ISLAND FINANCE  DIV. SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR  00919-5369 | |
| AMER GEN FIN<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 | LCDA. MONICA RODRIGUEZ VILLA<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 | |
| ANGEL M VAZQUEZ BAUZA, ESQ<br>ENR & ASSOCIATES<br>PO BOX 191017<br>SAN JUAN, PR  00919-1017 | LUPITA L  CAQUIAS NEGRON<br>PARCELAS NUEVAS MAGUEYES<br>455 AVE ANA MARIA ONEILL<br>PONCE, PR  00728-1248 | |
| ASUME<br>PO BOX 497<br>MERCEDITA, PR  00715-0497 | MILLENIUM COLLECTION AGENCY, INC.<br>PO BOX 79193<br>CAROLIN, PR  00984-9193 | |
| BANCO BILBAO VIZCAYA<br>CER DIVISION LEGAL AUTOS<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | NCO FINANCIAL SYSTEMS<br>PO BOX 4907<br>TRENTON, NJ  08650-4907 | |