IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ALEXIS DIAZ DIAZ

CASE NO. 10-08803-MCF     MCF

AMNERIS MARTINEZ ALVAREZ

Chapter: 13

Debtor(s)

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
Confirmation Hearing

PARTIES PRESENT: ☐ Debtor ☐ Debtor's Attorney ☐ Chapter 13 Trustee ☐ Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

■ **Plan Dated**: 11/15/10 ☐ **Confirmed** * ■ **Not Confirmed** ☐ As modified in open Court see additional comments.
  Attorney's Fees: _____

☐ **Modified Plan** Dated: _____ ☐ Approved ☐ Denied

☐ **Opposition** ☐ **Motion To Dismiss** ☐ **Motion To Convert**: withdrawn by: _____

☐ **Confirmation of Plan is denied for reasons stated in open Court**.

☐ **Motion filed by** _____ is ☐ **Granted** * ☐ **Denied** * ☐ **Moot.**

☐ **Debtor's motion requesting voluntary dismissal is hereby granted.** * ☐ **Trustee is awarded $100.00 for costs.**

☐ **Case is dismissed for reasons stated in open Court.** * ☐ **Order to show cause is enforced and case is dismissed.***

☐ **The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of** ____ **days.**

☐ **Motion for Reconsideration was granted**. * Order Dismissing Case entered on _____ is vacated and set aside.

☐ **Motion filed by** _____ **requesting conversion was granted**.*

☐ The case was **converted for reasons stated in open Court**.* ☐ _____ to pay conversion fees within ____ days.

☐ Debtor's ☐ Trustee's **Objection to Claim No.** ____ **filed by** _____ **is**: ☐ Granted ☐ Denied,
  **Claim is :*** ☐ Disallowed ☐ Allowed as _____.

☐ **Debtor has** ____ **days to file objection to claim(s)** number(s) _____ of creditor(s)

☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is
  ☐ Approved in the amount of _____.* ☐ Denied.*

■ **341 Meeting:** ■ **rescheduled for**: 11/22/2010 at 1:00 pm ☐ **Not Held**

■ **Hearing rescheduled:** ☐ **Status conference set:** ☐ **Pretrial hearing for:** 2/17/2011 at 9:30 am

☐ **Clerk to give notice of hearing.*** ☐ **Clerk to follow up and return to chambers within** ____ days for court to consider pending matters: _____

■ Additional Comments:

Objection to Confirmation of Plan filed by First Bank (docket #23).
Confirmation hearing will be held at the U. S Post Office and Courthouse Building, 300 Recinto Sur Street, Fifth Floor, Courtroom 5, Old San Juan, P. R.
Deadline to object to the Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior the Hearing on Confirmation as per P.R. Local Rule 3015-2(e) (1).

DATE: 12-2-2010                                                          BY: ADA LOPEZ