IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ALEXIS DIAZ DIAZ

CASE NO. 10-08803-MCF    MCF

AMNERIS MARTINEZ ALVAREZ

Chapter: 13

Debtor(s)

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

**MATTERS TO BE CONSIDERED:**
Confirmation Hearing

**PARTIES PRESENT:** ☐ Debtor ☐ Debtor's Attorney ☐ Chapter 13 Trustee ☐ Creditors:

**NOTES AND REMARKS:** * (Order will be entered electronically)

☒ **Plan Dated**: 11/15/10 ☐ Confirmed * ☒ Not Confirmed ☐ As modified in open Court see additional comments.
  Attorney's Fees: _____

☐ **Modified Plan** Dated: _____ ☐ Approved ☐ Denied

☐ **Opposition** ☐ **Motion To Dismiss** ☐ **Motion To Convert**: withdrawn by: _____

☐ **Confirmation of Plan is denied for reasons stated in open Court**.

☐ **Motion filed by** _____ is ☐ **Granted *** ☐ **Denied *** ☐ **Moot.**

☐ **Debtor's motion requesting voluntary dismissal is hereby granted. *** ☐ **Trustee is awarded $100.00 for costs.**

☐ **Case is dismissed for reasons stated in open Court. *** ☐ **Order to show cause is enforced and case is dismissed.***

☐ **The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of _____ days.**

☐ **Motion for Reconsideration was granted**. * Order Dismissing Case entered on _____ is vacated and set aside.

☐ **Motion filed by** _____ **requesting conversion was granted.***

☐ The case was **converted for reasons stated in open Court.*** ☐ _____ to pay conversion fees within _____ days.

☐ Debtor's ☐ Trustee's **Objection to Claim No.** _____ **filed by** _____ **is:** ☐ Granted ☐ Denied, **Claim is :*** ☐ Disallowed ☐ Allowed as _____.

☐ **Debtor has** _____ **days to file objection to claim(s)** number(s) _____ of creditor(s)

☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is
  ☐ Approved in the amount of _____.* ☐ Denied.*

☒ **341 Meeting:** ☒ **rescheduled for**: 11/22/2010 at 1:00 pm ☐ Not Held

☒ **Hearing rescheduled:** ☐ **Status conference set:** ☐ **Pretrial hearing for:** 2/17/2011 at 9:30 am

☐ **Clerk to give notice of hearing.*** ☐ **Clerk to follow up and return to chambers within** _____ days for court to consider pending matters: _____

☒ Additional Comments:

Objection to Confirmation of Plan filed by First Bank (docket #23).
Confirmation hearing will be held at the U. S Post Office and Courthouse Building, 300 Recinto Sur Street, Fifth Floor, Courtroom 5, Old San Juan, P. R.
Deadline to object to the Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior the Hearing on Confirmation as per P.R. Local Rule 3015-2(e) (1).

DATE: 12-2-2010                                                    BY: ADA LOPEZ

# CERTIFICATE OF NOTICE

```
District/off: 0104-2           User: admin                  Page 1 of 1                   Date Rcvd: Dec 06, 2010
Case: 10-08803                 Form ID: pdf001              Total Noticed: 32
```

The following entities were noticed by first class mail on Dec 08, 2010.
```
db/jdb     +ALEXIS H DIAZ DIAZ,   AMNERIS MARTINEZ ALVAREZ,   URB PRADERAS DEL SUR,   72 CALLE CEDRO,
             SANTA ISABEL, PR 00757-2049
smg         DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg         PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR 00918
smg        +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr         +BANCO BILBAO VIZCAYA ARGENTARIA DE PUERTO RICO,   ANGEL M VAZQUEZ BAUZA ESQ,   PO BOX 191017,
             SAN JUAN, PR 00919-1017
3072542     ADVANCED COLLECTION SERVICES, INC.,   PO BOX 364607,   SAN JUAN, PR 00936-4607
3072543     AES BONY US,   PO BOX 2461,   HARRISBURG, PA 17105-2461
3072544     AES BRAZOS US BANK,   PO BOX 2461,   HARRISBURG, PA 17105-2461
3111345    +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
3101362    +AES/PHEAA,   P.O. Box 8183,   Harrisburg, PA 17105-8183
3072545    +ALLIED INTERSTATE, INC.,   PO BOX 361774,   COLOMBUS, OH 43236-1774
3072547     ASUME,   PO BOX 497,   MERCEDITA, PR 00715-0497
3087350     BANCO BILBAO VIZCAYA ARGENTARIA PR,   ANGEL M. VAZQUEZ BAUZA,   PO BOX 191017,
             SAN JUAN PR. 00919-1017
3072550     ERICK MATOS TORRES,   PO BOX 22118,   JUANA DIAZ, PR 00795
3072552     ISLAND FINANCE DIV. SANTANDER FINANCIAL,   PO BOX 195369,   SAN JUAN, PR 00919-5369
3072553     LCDA. MONICA RODRIGUEZ VILLA,   PO BOX 363769,   SAN JUAN, PR 00936-3769
3072554     LUPITA L CAQUIAS NEGRON,   PARCELAS NUEVAS MAGUEYES,   455 AVE ANA MARIA ONEILL,
             PONCE, PR 00728-1248
3072555     MILLENIUM COLLECTION AGENCY, INC.,   PO BOX 79193,   CAROLIN, PR 00984-9193
3072556     NCO FINANCIAL SYSTEMS,   PO BOX 4907,   TRENTON, NJ 08650-4907
3072557     PEDRO L. MARTINEZ RUIZ,   HC 9 BOX 1755,   PONCE, PR 00731-9746
3096224    +SANTANDER FINANCIAL D/B/A ISLAND FINANCE,   PO BOX 195369,   SAN JUAN PR 00919-5369
3072558    +UNIVERSIDAD CATOLICA,   2250 AVE LAS AMERICAS,   PONCE, PR 00717-0656
3111331     UNIVERSIDAD DEL TURABO,   APARTADO DEL CORREO 3030,   UNIVERSITY STATION,   GURABO, PR 00778
3072559     UNV FIDLTY,   1445 LANGHAM CREEK DR,   HOUSTON, TX 77084-5012
```

The following entities were noticed by electronic transmission on Dec 06, 2010.
```
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                             US TRUSTEE,   EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr          E-mail/Text: maria.benabe@firstbankpr.com                              FIRSTBANK PUERTO RICO,
             PO BOX 9146,   SAN JUAN, PR 00908-0146
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2010 20:26:15     GE MONEY BANK,
             C/O RECOVERY MANAGEMENT SYSTEMS CORP,   25 SE 2ND AVE SUITE 1120,   MIAMI, FL 33131-1605
3072546     E-mail/PDF: CBP@AGFINANCE.COM Dec 06 2010 21:26:56     AMER GEN FIN,   PO BOX 363769,
             SAN JUAN, PR 00936-3769
3078344     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 06 2010 21:46:49
             American Infosource Lp As Agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK 73124-8848
3072548     E-mail/Text: carmene.rodriguez@bbvapr.com                              BANCO BILBAO VIZCAYA,
             PO BOX 364745,   SAN JUAN, PR 00936-4745
3072549     E-mail/PDF: CBP@AGFINANCE.COM Dec 06 2010 21:26:56     COMMOLOCO,   PO BOX 363769,
             SAN JUAN, PR 00936-3769
3072551     E-mail/Text: maria.benabe@firstbankpr.com                              FIRST BANK PUERTO RICO,
             BANKRUPTCY DIVISION,   PO BOX 9146,   SAN JUAN, PR 00908-0146
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
3111347*   +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 08, 2010**              Signature:        *Joseph Speetjens*